# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CRIMINAL DOCKET FOR CASE #: 5:17-cr-00066-DAE-1

Case title: USA v. Parris

Other court case number: CR10-01236-R Central District of California

Date Filed: 01/30/2017

Assigned to: Judge David A. Ezra

### Defendant (1)
**Marlon Parris**

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F - CONSPIRACY TO DISTRIBUTE NARCOTICS at least five kilograms of a mixture and substance containing a detectable amount of Cocaine (1) | Sentence Reduced to Seventy (70) months imprisonment pursuant to 18:3582. Eighty-seven (87) months imprisonment; Five years supervised release and $100 special assessment. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff
| | | |
|---|---|---|
| **USA** | represented by | **Erica Benites Giese - AUSA**<br>U.S. Attorney's Office<br>601 NW Loop 410, Suite 600<br>San Antonio, TX 78216<br>210-384-7000<br>Email: rosalio.castorena2@usdoj.gov |

*TERMINATED: 05/09/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sarah Wannarka**
U. S. Department of Justice - Asst. U.S. Attorney
601 N.W. Loop 410 - Suite 600
San Antonio, TX 78216
210-384-7192
Fax: 210-384-7118
Email: sarah.wannarka@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2017 | 1 | TRANSFER OF JURISDICTION as to Marlon Parris. Received certified copies of indictment, judgment and docket sheet from CDCA-Los Angeles Division. (rg) (Entered: 01/31/2017) |
| 05/09/2019 | | Case as to Marlon Parris reassigned to Judge David A. Ezra. Judge Unassigned no longer assigned for Marlon Parris (rf) (Entered: 05/09/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/04/2019 17:11:18 | | | |
| **PACER Login:** | ud1540:4260067:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:17-cr-00066-DAE |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |